The Commissioner determined a deficiency of $258.19 for the calendar year 1920. Petitioner claims that the Commissioner erred in subjecting a liquidating dividend of $3,739.87 to normal tax.

### FINDINGS OF FACT.

Petitioner is a resident of Wausau, Wis., and during the taxable year 1920, and prior thereto, she was a stockholder in the Kavanaugh-Farrell Co., a Wisconsin corporation. During the year 1920 the Kavanaugh-Farrell Co. disposed of its stock of goods and went out of business. The petitioner owned 17 shares of the stock of the said Kavanaugh-Farrell Co. which were purchased by her on January 31, 1913, at par of $1,700. The amount received by petitioner as a final distribution in 1920 was $5,439.87.

The petitioner filed an income-tax return for the calendar year 1920 and included therein her distributable share of the proceeds of liquidation in excess of the original investment, subject, however, to surtax only. In the audit of the return the Commissioner subjected the distribution above referred to to both normal and surtax.

### OPINION.

LITTLETON: The facts in this proceeding are stipulated and the only issue presented is whether the liquidating dividend in excess of the cost of the 17 shares of stock of the Kavanaugh-Farrell Co., which was dissolved in 1920, is subject to the normal tax. The Commissioner held that it was and the petitioner claims that this was an error. The Board has heretofore held that under the provisions of the Revenue Act of 1918 a liquidating dividend is subject to both the normal and surtax. See *Appeal of John K. Greenwood,* 1 B. T. A. 291, and *Appeal of J. E. Chandler,* 3 B. T. A. 146.

*Judgment will be entered for the Commissioner.*

---

FREDERICK BLOOMFIELD, PETITIONER, *v.* COMMISSIONER OF INTERNAL
REVENUE, RESPONDENT.

Docket No. 6501.   Promulgated February 24, 1927.

*Theodore B. Benson, Esq.,* for the petitioner.
*L. C. Mitchell, Esq.,* for the respondent.

LITTLETON: The Commissioner determined a deficiency of $1,585.68 for the calendar year 1922. In computing the gain or loss upon the sale of 8.23 acres of land in the year 1922 the Commissioner determined that the fair market price or value thereof on March 1, 1913, was $19,000, whereas petitioner claims that the value on that date was $32,000.

The parties are in agreement as to the cost and sales price of the property, and the only dispute between them is the March 1, 1913, value, and this is the only question urged at the hearing.

### FINDINGS OF FACT.

Petitioner is a resident and citizen of Los Angeles, Calif., and during the year 1922 was married and living with his wife. In the year 1922 petitioner sold 8.23 acres of land on Sunset Boulevard, Los Angeles, Calif., the fair market price or value of which on March 1, 1913, was $20,500.

> *Decision will be entered on 15 days' notice, under Rule 50.*